CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ23-517
One USPS Subject Parcel more particularly described )
in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Washington__
*(identify the person or describe the property to be searched and give its location)*:

SOne USPS Subject Parcel more particularly described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for List of Items to be Seized

**YOU ARE COMMANDED** to execute this warrant on or before __November 3, 2023__   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __any U.S. Magistrate Judge in this district__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   __October 20, 2023 at 1:30pm__   _____
Judge's signature

City and state:   __Seattle, Washington__   __Paula L. McCandlis, U.S. Magistrate Judge__
*Printed name and title*

USAO: 2019R00799

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ 23-517 | Date and time warrant executed: 10/30/23 ~ 11:25am | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Postal Inspector Terry Stinson, Postal Inspector K. Mitchell |||
| Inventory of the property taken and name of any person(s) seized: 469.0g marijuana + packaging (suspected) Rec'd mzh |||

Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/30/23

_____
Executing officer's signature

Katelyn Mitchell, US Postal Inspector
Printed name and title

## ATTACHMENT A
### Parcels to be searched

One Priority Mail parcel, hereinafter referred to as the "SUBJECT PARCEL." This parcel is believed to contain controlled substances or proceeds from the sale of controlled substances. The SUBJECT PARCEL is further described as follows:

SUBJECT PARCEL: One Priority Mail class parcel addressed to "LEON BROWNE, 79 JOOR AVE, ROLLING FORK MS 39159-5196" with a return address of "PACIFIC FLY FISHERS, 1018 164TH ST SE, MILL CREEK WA 98012-1502." The SUBJECT PARCEL measures approximately 11.25" x 8.75" x 6", weighs approximately 2.02 lbs. This parcel is postmarked October 13, 2023, in Mill Creek, Washington and carries $17.10 in postage. The delivery confirmation number is 9405 5036 9930 0612 7804 36.

ATTACHMENT A - 1
PARCEL TO BE SEARCHED
USAO#2019R00799

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Items to be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards, or crypto currency seed phrases;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO#2019R00799

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970